IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TriMED HEALTHCARE, LLC | |
| Debtor | BANKRUPTCY NO. _____ |

## COMPANY RESOLUTION AUTHORIZING FILING OF VOLUNTARY CHAPTER 11 BANKRUPTCY PETITION

**WHEREAS,** TriMED HEALTHCARE, LLC (the "Company"), a Pennsylvania limited liability company having its principal office and place of business in Feasterville/Trevose, Bucks County, Pennsylvania, is unable to pay its debts as they mature, and it is necessary for the Company to reorganize, and it is advisable to proceed under the Acts of Congress relating to Bankruptcy;

**THEREFORE,** be it resolved the Company is authorized to file a Voluntary Petition for reorganization under Chapter 11 of the Bankruptcy Code.

**RESOLVED,** that Beverley George-Jordan, President of the Company, is hereby authorized to execute the requisite Petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under the United States Code, 11 U.S.C.§ 101 – 1532, and that Allen B. Dubroff, Esq. & Assocs., LLC be employed to carry out this Resolution.

TriMED HEALTHCARE, LLC

BY: _____
BEVERLEY GEORGE-JORDAN
President

Dated: 5/29/2023