|  | May 31, 23 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **10000 · Bank Accounts** | |
|         10200 · Savings a/c FNBN xx1698 | 36,030.00 |
|         10300 · AFCU - Checking Acct XX6288-01 | 48,779.17 |
|         10350 · AFCU - Savings Acc XX6288 -00 | 61.73 |
|         10875 · AFCU -Payroll Chk Acc -X6288-02 | 25.00 |
|         1939255 · FNB - Operating Checking | 96,614.12 |
|       **Total 10000 · Bank Accounts** | 181,510.02 |
|     **Total Checking/Savings** | 181,510.02 |
|     **Accounts Receivable** | |
|       **11000 · Accounts Receivable** | |
|         11100 · Accounts Receivable - Waiver | 340,493.79 |
|         11500 · Accounts Receivable-Private Pay | 37,997.14 |
|       **Total 11000 · Accounts Receivable** | 378,490.93 |
|     **Total Accounts Receivable** | 378,490.93 |
|     **Other Current Assets** | |
|       12100 · Inventory Asset | 4,183.20 |
|       13000 · Employee Advances | 771.46 |
|       21500 · Payroll Asset | 148,100.00 |
|     **Total Other Current Assets** | 153,054.66 |
|   **Total Current Assets** | 713,055.61 |
|   **Fixed Assets** | |
|     **15000 · Property and Equipment** | |
|       15100 · Furniture and Fixture | 27,693.56 |
|       15200 · Computer equipment | 4,822.81 |
|       15000 · Property and Equipment - Other | 3,929.25 |
|     **Total 15000 · Property and Equipment** | 36,445.62 |
|   **Total Fixed Assets** | 36,445.62 |
|   **Other Assets** | |
|     Security Deposit - Leases | 783.00 |
|   **Total Other Assets** | 783.00 |
| **TOTAL ASSETS** | **750,284.23** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20000 · Accounts Payable | 3,253.26 |
|       **Total Accounts Payable** | 3,253.26 |
|       **Other Current Liabilities** | |
|         **21100 · Accrued Expenses** | |
|           21130 · Accrued State Taxes | 6,576.00 |
|           21180 · Health Insurance Deduction-Empl | 2,789.21 |
|           21100 · Accrued Expenses - Other | 1,179.69 |
|         **Total 21100 · Accrued Expenses** | 10,544.90 |

| | | |
|---|---|---:|
| | **211190 · Deferred Income ERC** | 7,346.55 |
| | **21400 · Direct Deposit Liabilities** | 5,842.06 |
| | **22000 · Payroll Liabilities** | |
| |     **22100 · FICA - Social Security** | 4,842.53 |
| |     **22200 · FICA - Medicare** | 3,831.00 |
| |     **22300 · Federal W/H** | 15,273.00 |
| |     **22400 · State Wihtholding** | |
| |         **22410 · DE - Withholding** | 58.00 |
| |         **22420 · NJ - Withholding** | 26.50 |
| |         **22430 · PA - Withholding** | 2,661.71 |
| |     **Total 22400 · State Wihtholding** | 2,746.21 |
| |     **22500 · SUTA Other** | |
| |         **22530 · PA - Unemployment Tax** | 9,301.07 |
| |         **22500 · SUTA Other - Other** | 3,629.00 |
| |     **Total 22500 · SUTA Other** | 12,930.07 |
| |     **22650 · PA - Local City Tax** | 7,266.35 |
| |     **22800 · FUTA** | 4,833.26 |
| |     **22900 · Child Support** | 125.00 |
| |     **22950 · Other tax liabilities** | |
| |         **22960 · LST Taxes** | 1,519.00 |
| |         **22962 · BIRT Taxes** | 8,039.00 |
| |         **22950 · Other tax liabilities - Other** | 3,363.48 |
| |     **Total 22950 · Other tax liabilities** | 12,921.48 |
| |     **22000 · Payroll Liabilities - Other** | 25,687.81 |
| | **Total 22000 · Payroll Liabilities** | 90,456.71 |
| | **23000 · Other Liabilities** | 30,740.55 |
| | **Total Other Current Liabilities** | 144,930.77 |
| | **Total Current Liabilities** | 148,184.03 |
| | **Long Term Liabilities** | |
| |     **20200 · Business Loans** | |
| |         **20202 · Business Loan - SBA** | 419,880.92 |
| |     **Total 20200 · Business Loans** | 419,880.92 |
| | **Total Long Term Liabilities** | 419,880.92 |
| **Total Liabilities** | | 568,064.95 |
| **Equity** | | |
| | **30000 · Equity** | |
| |     **30100 · Opening Balance Equity** | 32,020.00 |
| | **Total 30000 · Equity** | 32,020.00 |
| | **32000 · Retained Earnings** | 282,696.77 |
| | **Net Income** | -132,497.49 |
| **Total Equity** | | 182,219.28 |
| **TOTAL LIABILITIES & EQUITY** | | **750,284.23** |