|  | May 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **40000 · Sales** | |
|       **40060 · Sales - Independence / OBR** | 153,123.42 |
|     **Total 40000 · Sales** | 153,123.42 |
|   **Total Income** | 153,123.42 |
|   **Gross Profit** | 153,123.42 |
|   **Expense** | |
|     **60000 · Operating Expenses** | |
|       **62500 · Donation** | |
|         **62505 · Charitable Contribution** | 805.00 |
|       **Total 62500 · Donation** | 805.00 |
|       **63300 · Insurance Expense** | |
|         **63315 · Life Insurance** | 1,201.55 |
|       **Total 63300 · Insurance Expense** | 1,201.55 |
|       **64700 · Office Expense** | 545.29 |
|       **66000 · Payroll Expenses** | |
|         **66010 · Executive Compensation** | 7,584.62 |
|         **66050 · General and Administrative** | 20,149.92 |
|         **66100 · Direct Care Services** | 96,110.68 |
|         **66400 · Bonus** | 0.00 |
|         **66420 · Executive - Insurance** | 2,042.06 |
|         **66600 · Payroll Taxes - FICA** | |
|           **66650 · Social Security - Employer** | 7,783.49 |
|           **66670 · Medicare - Employer** | 1,820.33 |
|         **Total 66600 · Payroll Taxes - FICA** | 9,603.82 |
|         **66700 · SUTA** | |
|           **66730 · PA - SUTA** | 7,607.36 |
|         **Total 66700 · SUTA** | 7,607.36 |
|         **66900 · FUTA** | 94.34 |
|         **66999 · Payroll processing cost** | 3.20 |
|         **66000 · Payroll Expenses - Other** | 36.98 |
|       **Total 66000 · Payroll Expenses** | 143,232.98 |
|       **67000 · Professional & Consulting Fees** | 1,467.00 |
|       **67400 · Seminar & Education** | 675.00 |
|       **67600 · Telephone & Internet Expense** | 261.19 |
|       **68000 · Travel and Entertainment** | |
|         **68150 · Gasoline** | 300.00 |
|         **68200 · Mileage reimbursement** | 1,350.00 |
|       **Total 68000 · Travel and Entertainment** | 1,650.00 |
|       **60000 · Operating Expenses - Other** | 400.00 |
|     **Total 60000 · Operating Expenses** | 150,238.01 |
|     **67010 · Legal Fees** | 1,718.00 |
|     **67020 · Temp Help** | 374.00 |
|   **Total Expense** | 152,330.01 |
|   **Net Ordinary Income** | 793.41 |
| **Net Income** | **793.41** |