# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **TriMED HEALTHCARE, LLC**
Debtor(s)

Case No. **23-11755-PMM**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Beverley George-Jordan**<br>**5 Neshaminy Interplex**<br>**Suite 307**<br>**Feasterville Trevose, PA 19053** | **Membership Interest** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **SOLE MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 14, 2023**

Signature **/s/ BEVERLEY GEORGE-JORDAN**
**BEVERLEY GEORGE-JORDAN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders