**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: TRIMED HEALTHCARE, LLC | : | Chapter 11 |
| Debtor. | : | |
| | : | Bankr. No. 23-11755-PMM |
| | : | |
| | : | |

**NOTICE OF COMPENSATION**

Debtor TriMed Healthcare, LLC hereby files the within Notice of Compensation pursuant to Local Rule 4002-1:

*Beverley George-Jordan – President, sole member*

| | **90 Days Prepetition** | **Post-Petititon** |
|---|---|---|
| Base salary: | $2730/wk | $1865/wk |
| Life Ins premium: | $20,000/year | $20,000/year |
| Bonus: | None | None |
| Expense Acct: | None | None |

Date: July 14, 2023

ALLEN B. DUBROFF, ESQ. &
ASSOCIATES, LLC
BY:/*s/ Allen B. Dubroff, Esq. (04686)*
Allen B. Dubroff, Esquire
(Attorney Id #04686)
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Phone: (215)568-2700
Fax: (215)689-3777
Attorney for Debtor